UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RITA MANSHARAMANI,            )
                              )
        Plaintiff,            )    Case No. 5:05-cv-41
                              )
v.                            )    Honorable Robert Holmes Bell
                              )
MICHIGAN STATE UNIVERSITY     )
BOARD OF TRUSTEES, et al.,    )    **JUDGMENT**
                              )
        Defendants.           )
                              )

In accordance with the memorandum opinion filed this date:

IT IS ORDERED that the exhibits attached to plaintiff's objections (docket # 33, attachments) are deemed an amendment to plaintiff's complaint pursuant to Rules 10(c) and 15(a) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that plaintiff's objections (docket # 33) are OVERRULED.

IT IS FURTHER ORDERED that the magistrate judge's report and recommendation (docket # 31), as modified by today's memorandum opinion is ADOPTED as the court's opinion.

IT IS FURTHER ORDERED that defendants' motion to dismiss (docket # 5) be and hereby is GRANTED, the court finding that the complaint is time-barred.

Date:   January 11, 2006            /s/ Robert Holmes Bell
                                    ROBERT HOLMES BELL
                                    CHIEF UNITED STATES DISTRICT JUDGE